UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KAZI ASHIKUR RAHMAN,

                                    JUDGMENT

                Plaintiff,                 21-cv-05372-BMC

    v.

UR MENDOZA JADDOU, DIRECTOR,
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, THOMAS CIOPPA, DISTRICT
DIRECTOR, NEW YORK DISTRICT,
U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, MERRICK GARLAND, ATTORNEY
GENERAL OF THE UNITED STATES,

                Defendants.
-----------------------------------------------------------------X

       A Minute Entry and Order for Oral Argument held before the Honorable Brian M. Cogan, United States District Judge, having been held on November 16, 2021, granting Defendants' motion to dismiss for reasons stated on the record; and dismissing this action; it is

       ORDERED and ADJUDGED that Defendants' motion to dismiss is granted for reasons stated on the record; and that this action is dismissed.

Dated: Brooklyn, New York                                   Douglas C. Palmer
       January 4, 2022                                        Clerk of Court

                                                 By:    */s/Jalitza Poveda*
                                                           Deputy Clerk